UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-23047-CV-KING

GERARDO LOPEZ, and
MAYNOR LOPEZ,

    Plaintiffs,

v.

IMAD W. KEMP, and
SOBE LINCOLN ROAD HOLDINGS CORPORATION,

    Defendants.

_____/

## ORDER DENYING MOTION TO RESCHEDULE THE MEDIATION IN THIS MATTER

THIS CAUSE comes before the Court upon the Motion to Reschedule the Mediation in this Matter (D.E. #14), filed May 20, 2009.

The undersigned concludes that this request should be denied. On January 28, 2009, the Court set, *inter alia*, this case for a pretrial conference to occur on July 10, 2009. *See* D.E. #9. Over three months later, on May 11, 2009, a "Motion to Enter Order Scheduling Mediation" was finally filed. *See* D.E. #12. On May 12, 2009, the undersigned granted said Motion since the mediation conference date of May 20, 2009 before Mediator Karen Evans did not interfere with the July 10, 2009 pretrial conference. If the Court were to grant this motion to reschedule mediation for a date "on or before June 24, 2009," *see* D.E. #14, insufficient time would remain to complete discovery prior to the pretrial conference on July 10, 2009 if mediation was unsuccessful. This would cause a delay in the schedule set by the Court last January for the

orderly processing of this case. The Court has no objection to mediation provided it is not disruptive of the scheduled pretrial conference and trial.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Motion to Reschedule the Mediation in this Matter (**D.E. #14**) be, and the same is hereby, **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 21st day of May, 2009.

						JAMES LAWRENCE KING
						U.S. DISTRICT JUDGE
						SOUTHERN DISTRICT OF FLORIDA

cc:  **Counsel for Plaintiffs**

**Jason Saul Remer**
Remer & Georges-Pierre PLLC
11900 Biscayne Boulevard
Suite 288
North Miami, FL 33181

**Matthew Stanley Weber**
Remer & Georges-Pierre PLLC
11900 Biscayne Boulevard
Suite 288
North Miami, FL 33181

**Counsel for Defendants**

**Peter Francis Valori**
Damian & Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

**Russell Marc Landy**
Damian & Valori LLP
1000 Brickell Avenue

Suite 1020
Miami , FL 33131